**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Attorneys for Defendants Equifax Information*
*Services, LLC, and Equifax, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SHAUN FLECK, | Case No. 3:25-cv-01820-AN |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, and EQUIFAX, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that Stanton R. Gallegos, OSB #160091, withdraws as counsel

of record for defendants Equifax Information Services, LLC and Equifax, Inc.  Andrew R.

Escobar of Seyfarth Shaw LLP remains as counsel for defendant Equifax Information Services,

LLC.

DATED:  May 29, 2026.          MARKOWITZ HERBOLD PC

*s/ Stanton R. Gallegos*
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
*Attorneys for Defendants Equifax Information*
*Services, LLC, and Equifax, Inc.*

2453150.1

**Page 1 –      NOTICE OF WITHDRAWAL OF COUNSEL**